UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE ROSSOUW,

    Plaintiff,

v.

GOOGLE INC., et al.,

    Defendants.

Case No. 14-cv-03995-KAW

**AMENDED**
**ORDER RE APPLICATION TO**
**PROCEED IN FORMA PAUPERIS**

( )    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED. Issuance of summons and service will be determined separately.

( x )    The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee is $400.00 be pain no later than.  Failure to pay the filing fee by that date will result in dismissal for the above- entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED and the plaintiff is further ordered that:

1  ( )     Filing fee waived in part:  partial payment of , remaining balance to be
2  waived.
3     Plaintiff has a continuing obligation to keep the Court informed of his or her current
4  address.  Failure to do so may result in dismissal of this action.
5  Dated: September 5, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge

(Not to be used in PRISONER OR HABEAS CORPUS CASES) (rev. 4/22/2014)