IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE ROSSOUW,

    Plaintiff,

  v.

GOOGLE, INC.,

    Defendant.
_____/

No. C 14-03995 CW

ORDER DENYING PLAINTIFF'S MOTION FOR TRO

(Re: Docket No. 3)

    Plaintiff Andre Rossouw moves for a temporary restraining order (TRO) and preliminary injunction (PI) against Defendant Google, Inc.  Having considered the papers filed by Plaintiff, the Court DENIES Plaintiff's motion.

    "The standard for issuance of a temporary restraining order is the same as that for issuance of a preliminary injunction." Burgess v. Forbes, 2009 WL 416843, at *2 (N.D. Cal. Feb. 19, 2009).  To obtain a preliminary injunction, the moving party must "establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest."  Winter v. Natural Res. Def. Council, Inc., 129 S. Ct. 365, 374 (2008).  Alternatively, a temporary restraining order could issue where "the likelihood of success is such that serious questions going to the merits were raised and the balance of hardships tips sharply in plaintiff's favor," so long as the plaintiff demonstrates irreparable harm and shows that the injunction is in the public interest.  Alliance for

the Wild Rockies v. Cottrell, 632 F.3d 1127, 1131 (9th Cir. 2011) (citation and internal quotation and editing marks omitted).

Plaintiff does not provide any evidence that he is likely to succeed on the merits of his case.  Plaintiff does not provide an authenticated copy of his trademark, nor does he provide any evidence of trademark infringement or fraud other than unauthenticated webpage screenshots and irrelevant news articles.

Plaintiff also has not shown irreparable injury in absence of a temporary restraining order.  Plaintiff provides screenshots of two webpages purporting to show a decline in value in his mark "GOOGABOX" between 2012 and 2013 but he does not show any evidence that his injury -- or any future injury -- is as a result of Defendant's alleged trademark infringement.

Because Plaintiff has failed to show that he is likely to succeed on the merits and has failed to show irreparable injury, Plaintiff's application for a temporary restraining order (Docket No. 3) is DENIED.

IT IS SO ORDERED.

Dated: 9/9/2014

CLAUDIA WILKEN
United States District Judge

2