IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE ROSSOUW,

        Plaintiff,

  v.

GOOGLE, INC.,

        Defendant.
_____/

No. C 14-03995 CW
ORDER DENYING
MOTION FOR LEAVE
TO FILE A MOTION
TO RECONSIDER
(Docket No. 18)

    Plaintiff Andre Rossouw moves to file a motion to reconsider his application for a temporary restraining order (TRO) and preliminary injunction (PI) against Defendant Google, Inc.  The Court construes Plaintiff's motion as a motion to grant leave to file a motion for reconsideration of the Court's September 9, 2014 Order (Docket No. 15) denying his TRO and PI application (Docket No. 3).  Having considered the papers filed by Plaintiff, the Court DENIES Plaintiff's motion for leave to file a motion for reconsideration.

I.   Leave to File a Motion for Reconsideration

    Civil Local Rule 7-9(a) provides, "No party may notice a motion for reconsideration without first obtaining leave of Court to file the motion."  A request for leave to file a motion for reconsideration may only be granted if the moving party shows: (1) that "at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the Court before entry of the interlocutory order for which reconsideration is sought"; (2) "the emergence of new material facts or change of law occurring after the time of such order"; or (3) "a manifest

failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order." Civil L.R. 7-9(b).

The Court finds that Plaintiff's motion for leave fails to articulate any new material facts, any change of law after the order was issued, or any failure by the Court to consider material facts. Civil L.R. 7-9(b). Plaintiff's motion merely recites the allegations and legal conclusions presented in his application for a TRO and PI. The exhibits attached to this motion are either unauthenticated or irrelevant, as they were in the original application. Because Plaintiff has not shown the emergence of any new material facts or law after this Court issued its order and he has not identified any failure by this Court to consider material facts, he has not shown grounds for leave to file a motion for reconsideration under Local Rule 7-9(b)(2).

## CONCLUSION

For the reasons set forth above, the Court DENIES Plaintiff's request for leave to file a motion for reconsideration (Docket No. 18).

IT IS SO ORDERED.

Dated: September 26, 2014

CLAUDIA WILKEN
United States District Judge