IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE ROSSOUW,

        Plaintiff,

  v.

GOOGLE, INC.,

        Defendant.
_____/

No. C 14-03995 CW
ORDER DENYING MOTION FOR PERMISSION TO E-FILE
(Docket No. 4)

    Plaintiff Andre Rossouw moves for permission to use the Court's Electronic Case Filing (ECF) program (Docket No. 4). Having considered the papers filed by Plaintiff, the Court DENIES Plaintiff's motion for permission to use ECF.

    Civil Local Rule 5-1(b) provides, "All cases, except sealed cases, are designated for participation in the Court's Electronic Case Filing ('ECF') system. . . . However, [a] pro se party may not file electronically unless the pro se party moves for and is granted permission by the assigned judge to become an ECF user in that case." However, "[t]his Court has inherent discretion in managing its docket, which includes prohibiting pro se litigants from utilizing the e-filing system." Marks v. Askew, 2012 WL 70623, at *4 (N.D. Cal.).

    In exercise of its discretion, the Court DENIES Plaintiff's motion for permission to use ECF (Docket No. 4).

    IT IS SO ORDERED.

Dated: October 1, 2014

                                    CLAUDIA WILKEN
                                    United States District Judge