IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE ROSSOUW,                                    No. C 14-3995 CW

      Plaintiffs,                          ORDER DENYING
                                                  MOTION FOR LEAVE
   v.                                          TO APPEAL IN FORMA
                                                  PAUPERIS
GOOGLE, INC.,

      Defendants.
_____/

    Plaintiff Andre Rossouw, proceeding pro se, seeks to appeal
this Court's September 9, 2014, order denying a temporary
restraining order (TRO) and preliminary injunction (PI) against
Defendant Google, Inc.  See Docket No. 21, Notice of Appeal.  In
his notice of appeal, Rossouw indicates that he plans to proceed
in forma pauperis (IFP), which was granted by the District Court
on September 4, 2014.  See Docket No. 9.  The Court construes his
notice as a motion for leave to appeal in forma pauperis.  For the
reasons set forth below, Rossouw's motion is DENIED.

I.  MOTION FOR LEAVE TO PROCEED IFP

    "[A] party to a district court action who desires to appeal
in forma pauperis must file a motion in the district court."  Fed.
R. App. P. 24(a)(1).  "An appeal may not be taken in forma
pauperis if the trial court certifies in writing that it is not
taken in good faith."  28 U.S.C. § 1915(a)(3); see also Hooker v.
American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (construing

"not in good faith" to mean frivolous).  An appeal is frivolous if it "lacks an arguable basis either in law or in fact."  <u>Neitzke v. Williams</u>, 490 U.S. 319, 325 (1989).  "If the district court denies the motion, it must state its reasons in writing."  Fed. R. App. P. 24(a)(2).

In the September 9, 2014 order, the Court denied Rossouw's motion for a preliminary injunction and temporary restraining order because he failed to show that he was likely to succeed on the merits or that he was likely to suffer irreparable harm in the absence of preliminary relief.  The Court reiterated the reasons for its decision in its September 26, 2014 order denying a motion for leave to file a motion to reconsider.  There, Rossouw failed to articulate any new material facts, any change of law after the order was issued, or any failure by the Court to consider material facts.

There are no valid grounds upon which an appeal can be based. Accordingly, Rossouw's application is DENIED, and this Court CERTIFIES that his appeal is frivolous and therefore is not taken in good faith.

CONCLUSION

For the reasons set forth above, Rossouw's motion for leave to proceed IFP is DENIED.  Pursuant to Federal Rules of Appellate Procedure 24(a)(4)(A) and (B), the Clerk shall notify the Ninth Circuit that this Court has denied Rossouw's motion to proceed IFP and certified that his appeal is not taken in good faith.

United States District Court
For the Northern District of California

2

Pursuant to Rule 24(a)(5), Rossouw may file a motion for leave to proceed IFP on appeal in the Court of Appeals within thirty (30) days after service of notice of this order.

IT IS SO ORDERED.

Dated: October 3, 2014

CLAUDIA WILKEN
United States District Judge