IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE ROSSOUW,

      Plaintiff,

   v.

GOOGLE, INC.,

      Defendant.

_____/

No. C 14-03995 CW
ORDER DENYING
LEAVE TO MOVE FOR
RECONSIDERATION
(Docket No. 28)

Plaintiff Andre Rossouw seeks leave to move for reconsideration of this Court's order denying him permission to use the Court's Electronic Case Filing (ECF) program (Docket No. 20).  Having considered the papers filed by Plaintiff, the Court DENIES Plaintiff's request for leave to move for reconsideration.

Civil Local Rule 7-9(a) provides, "No party may notice a motion for reconsideration without first obtaining leave of Court to file the motion."  A request for leave to file a motion for reconsideration may only be granted if the moving party shows: (1) that "at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the Court before entry of the interlocutory order for which reconsideration is sought"; (2) "the emergence of new material facts or change of law occurring after the time of such order"; or (3) "a manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order."  Civil L.R. 7-9(b).

On October 1, 2014, this Court issued an order denying Plaintiff permission to use the Electronic Case Filing (ECF)

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

system.  Docket No. 20.  The Court has discretion to prohibit pro se litigants from utilizing the e-fling system.  <u>Marks v. Askew</u>, 2012 WL 70623, at *4 (N.D. Cal.).

The Court finds that Plaintiff's motion for leave fails to articulate any new material facts, any change of law after the order was issued, or any failure by the Court to consider material facts.  Civil L.R. 7-9(b).

The Court DENIES Plaintiff's request for leave to move for reconsideration (Docket No. 28) of this Court's order denying permission to use ECF (Docket No. 20).

IT IS SO ORDERED.

Dated:  October 20, 2014

CLAUDIA WILKEN
United States District Judge