| | |
|---|---|
| 1 | JEDEDIAH WAKEFIELD (CSB No. 178058) |
|   | jwakefield@fenwick.com |
| 2 | ERIC BALL (CSB No. 241327) |
|   | eball@fenwick.com |
| 3 | ANGEL CHIANG (CSB No. 280546) |
|   | achiang@fenwick.com |
| 4 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 5 | San Francisco, CA  94104 |
|   | Telephone:    415.875.2300 |
| 6 | Facsimile:    415.281.1350 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANDRE ROSSOUW, | Case No.: 14-cv-03995 (CW) |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| GOOGLE INC.; ERIC J. BALL, | Judge:  The Honorable Claudia Wilken |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Andre Rossouw and Defendant Google Inc. hereby stipulate and agree that this action and all claims asserted in this action shall be dismissed with prejudice, with each party to bear its own fees and costs.  The parties expressly waive any right of appeal.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| Dated: November 11, 2014 | | FENWICK & WEST LLP |
| | | By /s/ Jedediah Wakefield |
| | | Jedediah Wakefield |
| | | Attorneys for Defendant GOOGLE INC. |
| Dated: November 6, 2014 | | ANDRE ROSSOUW |
| | | By: /s/Andre Rossouw |
| | | Andre Rossouw |
| | | *Pro Se* |

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Jed Wakefield, am the ECF User whose identification and password are being used to file this **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER.** In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: November 11, 2014          FENWICK & WEST LLP

                                  By: /s/ Jed Wakefield
                                      Jedediah Wakefield

Pursuant to stipulation, it is SO ORDERED.

Dated:  11/13/2014                _____
                                  Honorable Claudia Wilken
                                  United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO